UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:03-CR-15-FL-3
7:16-CV-73-FL

PAUL DARIUS JENNINGS,
    Petitioner

v.                                          ORDER

UNITED STATES OF AMERICA,
    Respondent

For good cause having been shown upon the motion of the Petitioner, it is hereby

ORDERED that the parties may file briefs regarding the effect of *Beckles v. United States,* and any other remaining issues in this matter. Petitioner must file any brief on or before June 2, 2017. Respondent may file a response to Petitioner's supplemental response on or before July 2, 2017. Any further response by Petitioner must be filed on or before July 13, 2017.

This 2nd day of May, 2017.

_____
LOUISE WOOD FLANAGAN
United States District Judge